



**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

_Horli DeWayne Hale_

**United States Bankruptcy Judge**

**Signed August 25, 2011**

---

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:                              **CASE NO: 09-70017-HDH-13**
**KERRY WAYNE EAKER**               **DATED: August 25, 2011**
**TRACEY JO EAKER**                 **ATTORNEY: MONTE J WHITE**
                                    **HEARING DATE: 8/24/2011 @ 10:00 A.M.**

---

### ORDER APPROVING  MODIFIED PLAN AND LIMITING NOTICE

---

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 6/30/2011. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 6/30/2011 be and the same is hereby APPROVED, as stated below:

Debtors' payment is increased to $1,408.00 beginning 8/11; for a new plan base of $66,240.00.
IRS is allowed a $17,446.84 priority claim for an additional assessment of 2009 income taxes paid
at 0% interest, over 60 the remaining months of the plan with a montly payment of $581.56.
Debtor attorney is allowed $400.00 for this modification; paid through the plan.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

### # # #  End of Order # # #

/s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424