Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE: §
Kerry Wayne Eaker §
and § CASE NO.: 09-70017-HDH-13
Tracey Jo Eaker §
Debtors

DEBTOR(S) CERTIFICATION AND MOTION FOR ENTRY OF
CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor(s) move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.    I have made all payments required by my confirmed chapter 13 plan.

/s/Kerry Wayne Eaker
Debtor

/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

## NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE CLOSE OF BUSINESS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDER TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2014, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor(s)

Label Matrix for local noticing
0539-7
Case 09-70017-hdh13
Northern District of Texas
Wichita Falls
Mon Feb 10 15:34:24 CST 2014

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wells Fargo Home Mortgage
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One, N.a.
2730 Liberty Ave
Pittsburgh, PA 15222-4704

Cardmember Service
PO Box 8650
Wilmington, DE 19899-8650

Chase Bank USA NA
PO BOX 15145
Wilmington DE 19850-5145

CitiFinancial Retail Services
P.O. Box 140489
Irving, TX 75014-0489

City of WF, WFISD, Wichita County
CO Perdue Brandon Fielder Collins & Mott
P.O. Box 8188
Wichita Falls, Texas 76307-8188

Compass Bank
P.O. BOX 201347
ARLINGTON, TX 76006-1347

Compass Bank
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296-0001

Compass Bank
P.O. Box 10566
Birmingham, AL 35296-0001

Compass Bank -Secured
P.O. Box 201347
Arlington, TX 76006-1347

Discover Bank-DFS Services LLC
P.O. Box 3025
New Albany, OH 43054-3025

Discover Financial
Attention: Bankruptcy Department
PO Box 3025
New Albany, OH 43054-3025

ECMC
P.O. Box 75906
Saint Paul, MN 55175-0906

East Bay Funding, LLC
CO Resurgent Capital Services
PO Box 288
GREENVILLE, SC 29602-0288

Edfinancial Services for
North Texas Higher Education Authority
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

Edfncl Svcs-nthea
120 N Seven Oaks Dr
Knoxville, TN 37922-2359

First National Bank Credit Card Center
Attention: Bankruptcy Department
PO Box 3331 Stop Code 3105
Omaha, NE 68103-0331

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197-0002

Gemb-Lowes Pc
Po Box 981416
El Paso, TX 79998-1416

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Monte J. White & Associates
1106 Brook Ave
Wichita Falls TX 76301-5009

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
CO Capital One
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
CO Ashley Furniture Homestore
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
CO Waggoner Carpet One
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC as agent for
Advanta Bank Corp., a Utah Indust. Bank
PO Box 41067
Norfolk VA 23541-1067

PRA Receivables Management, LLC as agent of
FIA Card Services, fka Bank of America
PO Box 12907
Norfolk VA 23541-0907

Pathology Associates of WF
1107 Brook Avenue
Wichita Falls, TX  76301-5008

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Pra Receivables Management, Llc
As Agent Of Portfolio Recovery Assocs.
CO Prism Co-brand New
POB 41067
NORFOLK VA 23541-1067

Prsm-cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Southwest Securities FSB
301 S Center St
Arlington, TX 76010-7140

United Regional
1600 11th Street
Wichita Falls, TX 76301-4388

WICHITA FALLS CITY, ISD & WICHITA COUNTY
CO PERDUE BRANDON FIELDER COLLINS & MOT
PO BOX 8188
WICHITA FALLS TX 76307-8188

Wells Fargo
PO Box 60510
Los Angeles, CA 90060-0510

Wells Fargo Bank
2301 Kell Blvd
Wichita Falls, TX 76308-1042

Wells Fargo Bank
Overdraft Recovery Payment Pro. Dept.
A0143-042
P.O. Box 63491
San Francisco, Ca 94163-0001

Wells Fargo Bank NA
PO Box 10438
Des Moines, IA 50306-0438

Wells Fargo Bank Nv Na
P O Box 31557
Billings, MT 59107-1557

Wells Fargo Bank, N.A
MAC S4101-08C
100 W. Washington St.
Phoenix AZ 85003-1814

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC #D3347-014
3476 Stateview Blvd
Fort Mill, South Carolina 29715-7203

Wells Fargo Bank, N.A.
P. O. Box 14469 MAC X2303-028
Des Moines, IA 50306-3469

Wells Fargo Business Card
PO Box 348750
Sacramento, CA 95834-8750

Wells Fargo Hm Mortgag
Attention:  Bankruptcy Department  MAC-X
3476 Stateview Blvd
Fort Mill, SC 29715-7203

Yellow Book Pacific
CO RMS Bankruptcy Recovery Services
P O Box 5126
Timonium, MD 21094-5126

Yellow Book USA
PO Box 3162
Cedar Rapids, IA 52406-3162

eCAST Settlement Corporation assignee of Cap
One Bank
POB 35480
Newark NJ 07193-5480

Kerry Wayne Eaker
4521 Dunbarton
Wichita Falls, TX 76302-2844

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301-5009

Tracey Jo Eaker
4521 Dunbarton
Wichita Falls, TX 76302-2844

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank Corp
PO Box 30715
Salt Lake City, UT 84130-0715

Bank Of America
NC4-105-03-14
4161 Piedmont Pkwy
Greensboro, NC 27420

Capital One Bank
Attn: CO TSYS Debt Management
PO Box 5155
Norcross, GA 30091

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145

(d)Citifinancial Retail Services
PO Box 140489
Irving, TX 75014-0489

(d)ECMC
P.O. Box 75906
Saint Paul MN 55175-0906

(d)East Bay Funding, LLC
CO Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

(d)PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
CO Capital One
PO Box 41067
NORFOLK VA 23541-1067

End of Label Matrix
Mailable recipients    57
Bypassed recipients     5
Total                  62